**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | Case No.: |
| BRITTANY WRIGHT, an individual | **COMPLAINT FOR**: |
| | 1. COPYRIGHT INFRINGEMENT |
| Plaintiff, | 2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT |
| v. | 3. VIOLATIONS OF DMCA 17 USCA §1202 |
| Lolliprops Inc, d/b/a Tempaper & Co., a New York Corporation; Brand Squared LLC, a New York Corporation; and DOES 1-10 | 4. BREACH OF CONTRACT |
| Defendants. | **JURY TRIAL DEMANDED** |

Plaintiff Brittany Wright ("Wright") by and through her undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1.       This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*, and New York state law.

2.       This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a) and (b).

3.       Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.       Brittany Wright is an individual who resides in New York.

5.       On information and belief, Wright alleges that Defendant Lolliprops Inc, doing business as Tempaper & Co. ("Tempaper") is a New York based corporation doing business with this state through their location at 5 Penn Plaza, Suite 2371, New York, New York 10001, as show on the New York Secretary of State's website.

6.       On information and belief, Wright alleges that Defendant Brand Squared LLC, doing business as Brand Squared Licensing ("Brand Squared") is a New York based corporation doing business through their location at 254 36th Street, Building 2 B617, Brooklyn, New York, 11232.

7.       On information and belief, Wright alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Wright's copyrights and have contributed to the infringement of Wright's copyrights or have engaged in one or more of the

wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of DOES 1 through 10, inclusive, are presently unknown to Wright, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

8.      On information and belief, Wright alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Wright's rights and the damages to Wright proximately caused thereby.

## CLAIMS RELATED TO WRIGHT'S PHOTOGRAPHY

9.      Brittany Wright is an independent photographer and stylist who specializes in creating original photography transforming everyday foods and other items into stunning visuals through capturing the vibrant colors and unique textures of food. Wright has collaborated to feature her photography with many successful brands including *Bare Minerals, Burt's Bees, Vans, Oxo, General Mills, Chobani*, and more.

10.      Brittany Wright is the author and owner of the food photography at issue ("Subject Photographs") True and correct copies of the Subject Photographs attached depicted below:

///

///

///











11.     Wright has registered each of the Subject Photographs with the United States Copyright Office and holds copyright registration certificates confirming same.

12.     On information and belief, Brand Squared is a strategic licensing agency that works with brands and artists to facilitate licensing agreements.

13.     On information and belief, Tempaper is a large seller of wallpaper, rugs, and other household decorations.

14.     In January of 2019, Wright and Brand Squared entered into a representation agreement that to grant Brand Squared the ability to seek out and establish licensing agreements for Wrights photographs with third parties in exchange for Thirty (30) percent of the cumulative royalties earned from said licensing ("Brand Squared Agreement"). The Brand Squared Agreement further stipulates in section 14 that Brand Squared would assist Wright in all reasonable manners to minimize infringement, misuse, or pilferage of her copyrighted work.

15.     In 2019, Wright entered into a contract with Tempaper, facilitated by Brand Squared, to grant Tempaper a limited license to use Wright's Subject Photographs to create self-adhesive wallpaper, digitally printed on demand, for a period expressly terminating on December 31, 2022 (the "Tempaper Agreement") . In exchange for granting a license to use her copyrighted photographs on Tempaper wallpaper, Tempaper was required to pay Wright a royalty on the net sales of the licensed wallpaper and provide a royalty reports within thirty (30) days of the end of each fiscal quarter.

16.     The Tempaper Agreement further expressly stated that renewal of the agreement would require discussions commencing nine months before termination of the Tempaper Agreement.

17.     At no point did Wright and Tempaper discuss any renewal of the Tempaper Agreement.

18.     On information and belief, Wright alleges that Tempaper has not provided royalty payment or sales reports on products bearing the Subject Photographs since November 15th, 2020.

19.     On information and belief, Wright alleges that Tempaper continued to display, produce, offer to sell, and sell products incorporating, in whole or in part, the Subject Photographs after the expiration of the express term of the Tempaper Agreement and thus after the termination of the limited license provided to Tempaper under said agreement. All such exploitation.

20.     Tempaper also created derivative works of the Subject Photographs to use for promotional purposes on its official commercial Instagram account, which is not one of the uses permitted under the express scope of the limited license set forth in the Tempaper Agreement.

21.     True and accurate screen captures and images of Tempaper's exploitation of the Subject Photograph after the expiration of the its limited license or otherwise outside the scope of the limited license (collectively, "Infringing Uses") are depicted below:

///

///

///

///

///

///

///

| Infringing Uses |
|---|

https://www.instagram.com/p/CflqSl8MfZ6/



https://tempaper.com/products/rocket-pop-removable-wallpaper





https://tempaper.com/products/dahlia-flower-photography-removable-wallpaper?_pos=3&_sid=7750853c9&_ss=r]













https://tempaper.com/blogs/news/the-wright-kitchen-collection?_pos=1&_psq=wright-kitch&_ss=e&_v=1.0





[https://tempaper.com/products/kiwi-food-photography-removable-wallpaper](https://tempaper.com/products/kiwi-food-photography-removable-wallpaper)





## Kiwi Pattern Peel And Stick Wallpaper By Wright Kitchen

WK4043

$39.99

☆☆☆☆☆ 0 Reviews

SIZE — 2 ft. x 4 ft. Panel

| 2 ft. x 4 ft. Panel | 2 ft. x 8 ft. Panel | SAMPLE (9 in. x 12 in.) |

COLOR — Pink Kiwi



QUANTITY

− 1 +    $39.99

**ADD TO CART**

Join. Earn. Style Your Space. Become a Style Seeker Today!

Arranged in rows against a backdrop of hot pink, ripe kiwis show off their verdant charm. Loaded with vitamin see, you'll agree this pattern is absolutely eye-catching. Fresh and uninhibited, the image is stripped bare of unnecessary extras to reveal the fruit in its purest form. And what a lush and gorgeous form it is! Featuring the work of photographer Brittany Wright, this removable wallpaper is printed on a high-quality, removable fabric.

Each order is tailor-made and personalized to suit your requirements. Therefore, we are unable to accept returns and exchanges. This item is final sale.

DETAILS ⌄

FAQS ⌄

See it in Your Space

---



## Kiwi Pattern Peel And Stick Wallpaper By Wright Kitchen

WK4043

$39.99

☆☆☆☆☆ 0 Reviews

SIZE — 2 ft. x 4 ft. Panel

| 2 ft. x 4 ft. Panel | 2 ft. x 8 ft. Panel | SAMPLE (9 in. x 12 in.) |

COLOR — Pink Kiwi

QUANTITY

− 1 +    $39.99

**ADD TO CART**

Join. Earn. Style Your Space. Become a Style Seeker Today!

Arranged in rows against a backdrop of hot pink, ripe kiwis show off their verdant charm. Loaded with vitamin see, you'll agree this pattern is absolutely eye-catching. Fresh and uninhibited, the image is stripped bare of unnecessary extras to reveal the fruit in its purest form. And what a lush and gorgeous form it is! Featuring the work of photographer Brittany Wright, this removable wallpaper is printed on a high-quality, removable fabric.

Each order is tailor-made and personalized to suit your requirements. Therefore, we are unable to accept returns and exchanges. This item is final sale.

DETAILS ⌄

FAQS ⌄

See it in Your Space



### Kiwi Pattern Peel And Stick Wallpaper By Wright Kitchen

WK4043

$39.99

☆☆☆☆☆ **0 Reviews**

SIZE — 2 ft. x 4 ft. Panel

| 2 ft. x 4 ft. Panel | 2 ft. x 8 ft. Panel | SAMPLE (9 in. x 12 in.) |

COLOR — Pink Kiwi



QUANTITY

| − 1 + | $39.99 |

**ADD TO CART**

Join. Earn. Style Your Space. Become a Style Seeker Today!

Arranged in rows against a backdrop of hot pink, ripe kiwis show off their verdant charm. Loaded with vitamin see, you'll agree this pattern is absolutely eye-catching. Fresh and uninhibited, the image is stripped bare of unnecessary extras to reveal the fruit in its purest form. And what a lush and gorgeous form it is! Featuring the work of photographer Brittany Wright, this removable wallpaper is printed on a high-quality, removable fabric.

Each order is tailor-made and personalized to suit your requirements. Therefore, we are unable to accept returns and exchanges. This item is final sale.

| DETAILS | ⌄ |
| FAQS | ⌄ |

See it in Your Space

---



### Kiwi Pattern Peel And Stick Wallpaper By Wright Kitchen

WK4043

$39.99

☆☆☆☆☆ **0 Reviews**

SIZE — 2 ft. x 4 ft. Panel

| 2 ft. x 4 ft. Panel | 2 ft. x 8 ft. Panel | SAMPLE (9 in. x 12 in.) |

COLOR — Pink Kiwi



QUANTITY

| − 1 + | $39.99 |

**ADD TO CART**

Join. Earn. Style Your Space. Become a Style Seeker Today!

Arranged in rows against a backdrop of hot pink, ripe kiwis show off their verdant charm. Loaded with vitamin see, you'll agree this pattern is absolutely eye-catching. Fresh and uninhibited, the image is stripped bare of unnecessary extras to reveal the fruit in its purest form. And what a lush and gorgeous form it is! Featuring the work of photographer Brittany Wright, this removable wallpaper is printed on a high-quality, removable fabric.

Each order is tailor-made and personalized to suit your requirements. Therefore, we are unable to accept returns and exchanges. This item is final sale.

| DETAILS | ⌄ |
| FAQS | ⌄ |

See it in Your Space



### Kiwi Pattern Peel And Stick Wallpaper By Wright Kitchen

WK4043

$39.99

☆☆☆☆☆ 0 Reviews

SIZE — 2 ft. x 4 ft. Panel

| 2 ft. x 4 ft. Panel | 2 ft. x 8 ft. Panel | SAMPLE (9 in. x 12 in.) |

COLOR — Pink Kiwi



QUANTITY

– 1 +    $39.99

**ADD TO CART**

Join. Earn. Style Your Space. Become a Style Seeker Today!

Arranged in rows against a backdrop of hot pink, ripe kiwis show off their verdant charm. Loaded with vitamin see, you'll agree this pattern is absolutely eye-catching. Fresh and uninhibited, the image is stripped bare of unnecessary extras to reveal the fruit in its purest form. And what a lush and gorgeous form it is! Featuring the work of photographer Brittany Wright, this removable wallpaper is printed on a high-quality, removable fabric.

Each order is tailor-made and personalized to suit your requirements. Therefore, we are unable to accept returns and exchanges. This item is final sale.

DETAILS ⌄

FAQS ⌄

See it in Your Space

---



### Kiwi Pattern Peel And Stick Wallpaper By Wright Kitchen

WK4043

$39.99

☆☆☆☆☆ 0 Reviews

SIZE — 2 ft. x 4 ft. Panel

| 2 ft. x 4 ft. Panel | 2 ft. x 8 ft. Panel | SAMPLE (9 in. x 12 in.) |

COLOR — Pink Kiwi



QUANTITY

– 1 +    $39.99

**ADD TO CART**

Join. Earn. Style Your Space. Become a Style Seeker Today!

Arranged in rows against a backdrop of hot pink, ripe kiwis show off their verdant charm. Loaded with vitamin see, you'll agree this pattern is absolutely eye-catching. Fresh and uninhibited, the image is stripped bare of unnecessary extras to reveal the fruit in its purest form. And what a lush and gorgeous form it is! Featuring the work of photographer Brittany Wright, this removable wallpaper is printed on a high-quality, removable fabric.

Each order is tailor-made and personalized to suit your requirements. Therefore, we are unable to accept returns and exchanges. This item is final sale.

DETAILS ⌄

FAQS ⌄

See it in Your Space

https://tempaper.com/blogs/news/the-wright-kitchen-collection?_pos=1&_psq=wright-kitch&_ss=e&_v=1.0



https://tempaper.com/products/papaya-food-photography-removable-wallpaper





https://tempaper.com/blogs/news/the-wright-kitchen-collection?_pos=1&_psq=wright-kitch&_ss=e&_v=1.0

22. Wright has never provided any authorization or consent to Tempaper or Brand Squared to exploit the Subject Photographs as outside the scope and/or beyond the term of the limited license provided in the Tempaper Agreement.

23. On August 15, 2024, Wright, through counsel, sent a letter to Tempaper providing notice that its exploitation of the Subject Photographs outside the scope of the Tempaper Agreement's limited license amounted to infringement, demanding that these use cease, and seeking to reach a reasonable resolution to this dispute before litigation. Tempaper responded through counsel but failed to reach a reasonable resolution with Wright, necessitating this action.

24. As of the date of filing, Tempaper has continued displaying its unlawful derivative work on its official commercial Instagram despite Wright's cease and desist letter.

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement – Against All Defendants and each of them)**

25. Wright repeats, re-alleges, and incorporates herein by references as though fully set forth here the allegations contained in the preceding paragraphs of this Complaint.

26. Wright and Tempaper, as set forth above, entered into the Tempaper Agreement related to the licensing of the Subject Photographs by Wright to Tempaper.

27. Wright alleges on information and belief that Tempaper has exploited Wright's Subject Photographs outside of the scope of those licenses and has failed to satisfy conditions of those licenses, including without limitation the Infringing Uses, rendering Tempaper liable for copyright infringement.

28.     Furthermore, Wright alleges on information and belief that Tempaper has exploited her Subject Photographs without her consent including by reproducing, publicly displaying, and distributing derivative versions of the Subject Photographs on Instagram without Wright's authorization or consent. True and correct screen captures and images of Defendants' Infringing Uses can be found in **Exhibit B** attached above.

29.     Wright further alleges on information and belief that Tempaper access to the Subject Photographs by virtue her providing Tempaper with the Subject Photographs for use consistent with the license of the Tempaper Agreement.

30.     Tempaper's exploitation of the Subject Photographs as described above amounts to infringement of Wright's exclusive rights under copyright in and to each of the Subject Photographs.

31.     On information and belief Wright alleges that Tempaper's conduct as alleged herein was reckless, willfully blind, and or willful, rendering Tempaper liable for enhanced damages as Defendants were aware of Wright's authorship and ownership of the Subject Photographs via their access to same resulting from the Tempaper Agreement.

32.     The aforementioned infringements have resulted in general, compensatory, statutory, and special damages, including lost licensing revenue, diminution in value to the Subject Photographs, and profit disgorgement, to Wright in an amount to be established at trial under 17 U.S.C. 504.

## SECOND CLAIM FOR RELIEF

**(For Vicarious and Contributory Copyright Infringement – Against All Defendants, Each)**

33.     Wright repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

34.     On information and belief, Wright alleges that Defendants knowingly induced, participated in, aided and abetted in, and profited from the illegal reproduction and distribution of the Subject Photographs as alleged hereinabove. Such conduct included, without limitation, distributing the Subject Photographs to manufacturers, distributors, and retailers for further exploitation creating and distributing the Infringing Uses.

35.     On information and belief, Wright alleges Defendants are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct. Specifically, Defendants had the ability to oversee the development, manufacture, and distribution of the Infringing Products as further effected by their distributors and retailers. Defendants also realized profits through their respective obtainment, distribution, and sale of the Infringing Uses.

36.     Due to Defendants' acts of copyright infringement as alleged herein, they have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Wright's exclusive rights in the Subject Photographs. As such, Wright is entitled to disgorgement of Defendants' profits directly and indirectly attributable to their infringement of Wright's exclusive rights in the Subject Photographs, in an amount to be established at trial.

37.     On information and belief, Wright alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement and/or a preclusion from asserting certain equitable and other defenses.

## THIRD CLAIM FOR RELIEF

### (For Violations of 17 U.S.C. § 1202(a) and (b) – against Tempaper)

38.     Wright repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

39.     Wright's photography was routinely published with copyright management information ("CMI") and was provided to Tempaper with CMI, as that phrase is used in 17 USC § 1202. Wright's CMI included, without limitation, her name and the name of her brand, metadata, and other indicia of authorship and attribution information.

40.     On information and belief, Wright alleges that Tempaper intentionally removed her CMI in violation of 17 USC § 1202(b) before copying, reproducing, distributing, and displaying the Subject Photographs on Defendants' Infringing Uses, and by distributing the Subject Photographs to third parties. Tempaper failed to publish the Subject Photographs with proper indicia of authorship and instead add false CMI associating or attributing the Subject Photographs to their own names, brands, or affiliates.

41.     On information and belief, Wright alleges that Tempaper did distribute, published, and otherwise publicly display copies of Subject Photographs knowing that copyright management information has been removed or altered without authority of Wright or the law, knowing, or, with respect to civil remedies under 17 USC § 1203, having reasonable grounds to know, that it will induce, enable, facilitate, or conceal an infringement of any right under this title.

42.     On information and belief, Wright alleges that Tempaper in violation of 17 USC § 1202(a), knowingly and with the intent to induce, enable, facilitate, or conceal infringement provided false copyright management information, including without limitation by offering for sale, selling, and otherwise distributing Infringing Uses with the names and logos of their own

brands and those of their affiliates, indicating their ownership or authorship of the Subject Photographs. These infringing uses therefore contained false CMI.

43.     On information and belief, Wright alleges that Tempaper knew that they were providing false copyright management information to their copies of the Subject Photographs and distributing copyright management information that was false at the time it distributed its unauthorized copies of the Subject Photographs.

44.     Due to Tempaper's acts of infringement, as alleged herein, Wright has suffered and will seek to recover general and special damages in an amount to be established at trial, and/or statutory damages and attorneys' fees as provided in 17 USC § 1203

## FOUTH CLAIM FOR RELIEF

### (Breach of Contract – Against Tempaper and Brand Squared)

45.     Wright repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

46.     Wright and Brand Squared, as set forth above, entered into the Brand Squared Agreement for the facilitation of licensing agreements with third parties in exchange for Brand Squared earning a percentage of Wright's royalties.

47.     Wright discharged all her duties under the Brand Squared Agreement though providing Brand Squared with the right to facilitate third parties with licensing agreements of Wright's copyrighted work, and allowing Brand Squared to receive its share of Wright's royalties.

48.     On information and belief, Wright alleges that Brand Squared has failed to pay Wright her royalties stemming from the Tempaper Agreement, facilitated by Brand Squared, in breach of the Brand Squared agreement.

49. On information and belief, Wright alleges that Brand Squared violated section 14 of the Brand Squared Agreement by failing to assist Wright in all reasonable manners to minimize infringement, misuse, and pilferage.

50. Wright and Tempaper, as set forth above, entered the Tempaper Agreement for the licensing of the Subject Photographs for use in connection with wallpaper distributed by Tempaper.

51. Wright discharged all her duties under said agreement by providing the described limited license to Tempaper for Wright's work and approving certain products for sale and distribution by Tempaper.

52. On information and belief, Tempaper breached the terms of the Tempaper Agreement including without limitation by failing to comply with the express terms of the limited license therein and selling products bearing Wright's copyrights outside the scope of the license agreement.

53. On information and belief, Tempaper and/or Brand Squared did not provide Wright with the royalty payments or detailed reporting on the products sold between November 15th, 2020, and the end of the Tempaper Agreement on December 31st, 2022, in breach of the terms of the Tempaper Agreement.

54. The aforementioned breaches have resulted in general and special damages to Wright in an amount to be established at trial.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

**Against All Defendants, and Each and With Respect To Each Claim For Relief:**

a.  That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from exploiting Wright's photography and other intellectual property, including through, without limitation, an order requiring Tempaper to cease all sales of any products incorporating, in whole or in part, Wright's intellectual property, and that Tempaper surrender all remaining inventory of said products to Wright and that all revenues received by Defendants in connection with the distribution and sale of such products be placed into a constructive trust;

b.  That Wright be awarded all damages available in law and according to proof at trial including but not limited to general and special damages for Tempaper's and Brand Squared's breaches of contract;

c.  That Wright be awarded her costs and attorneys' fees to the extent they are available under the Copyright Act and the terms of the Tempaper Agreement and Brand Squared Agreement;

d.  That Wright be awarded her costs and fees under the statutes set forth above;

e.  That Wright be awarded statutory damages and/or penalties under the statutes set forth above, to the extent they are available;

f.  That Wright be awarded pre-judgment interest as allowed by law;

g.  Wright be awarded the costs of this action; and

h.  That Wright be awarded such further legal and equitable relief as the Court deems proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: July 28, 2025                                      By:      */s/ Scott Alan Burroughs*
New York, New York                                                  Scott Alan Burroughs, Esq.
                                                          David M.S. Jenkins, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
scott@donigerlawfirm.com
djenkins@donigerlawfirm.com
Telephone: (310) 590-1820
*Attorneys for Plaintiff*