

Attorneys admitted in
California, New York,
Texas, Pennsylvania, Colorado,
and Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:____12/11/2025

December 10, 2025

**DELIVERED VIA ECF**
Honorable Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., New York, NY 10007-1312

|  |  |
|---|---|
| **Case Title:** | ***Brittany Wright v. Lolliprops Inc., et al,*** **1:25-cv-06198-MMG** |
| **Re:** | **Request Adjourn Settlement Conference** |

Your Honor:

    This office represents Plaintiff, Brittany Wright, in the above referenced matter. We write to respectfully request that the settlement conference currently scheduled for December 17, 2025 at 10:00am (Dkt. No. 20), be adjourned until January 9th, 2026 or a date thereafter convenient to the Court.

    Good cause exists for this request. A scheduling conflict with another proceeding has arisen for Plaintiff's counsel and the following two weeks will be affected by the Holidays. We therefore respectfully request that the settlement conference be adjourned until January 9th, or otherwise as soon as after the Holidays as practicable for the Court. Defendant Lolliprops, Inc. consents to this request. This is Plaintiff's first request of this nature. We thank Your Honor for your attention to this matter.

                                  Respectfully submitted,

           By:   */s/ David Michael Stuart Jenkins*
                David Michael Stuart Jenkins, Esq.
                DONIGER / BURROUGHS
                247 Water Street, First Floor
                New York, New York 10038

**APPLICATION GRANTED:  The settlement conference in this matter scheduled for Wednesday, December 17, 2026, at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Thursday, February 19, 2026 at 2:00 p.m.  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than February 12, 2026, by 5:00 p.m.**

APPLICATION GRANTED

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

**12/11/2025**