UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BRITTANY WRIGHT,

                       Plaintiff,

          -against-

LOLLIPROPS INC., et al.,

                    Defendants.
-------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__02/05/2026__**

**ORDER ADJOURNING
SETTLEMENT CONFERENCE**

**25-CV-6198 (MMG)**

    In light of the Notice of Settlement filed on February 4, 2026 (doc. no 24) the

Settlement Conference currently scheduled for **February 19, 2026** is hereby adjourned *sine die*.

    **SO ORDERED.**

Dated: February 5, 2026
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge